IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL DARROUGH,

Plaintiff,

v.

LTI TRUCKING SERVICES, INC.,
and MICHAEL RUNK,

Defendants.                                                  No. 12-0024-DRH

## ORDER

**HERNDON, Chief Judge:**

On March 14, 2013, the parties filed a stipulation for dismissal with prejudice (Doc. 41). Based on the stipulation for dismissal, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 18th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:32:34 -05'00'

Chief Judge
United States District Court