## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**DANIEL DARROUGH**,

    **Plaintiff,**

**v.**

**LTI TRUCKING SERVICES, INC.
and MICHAEL RUNK,**

    **Defendants.**                       **No. 12-cv-24-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case executed on March 18, 2013, 2013, this case is **DISMISSED** with prejudice.

                **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                **BY:**_____/s/*Sara Jennings*_____
                     **Deputy Clerk**

Dated:  March 18, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:35:21 -05'00'

APPROVED:
          **CHIEF JUDGE
          U. S. DISTRICT COURT**